IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30163
Conference Calendar
_____


WANDA FAYE HUNT, individually and as natural
tutrix on behalf of Keshia Lachun Hunt,
Alfreda Yuvette Hunt, Chenitra Renee Hunt,
Arthur Raymond Taylor, Jr., and Calisha
Kawanda Hunt,

                                        Plaintiff-Appellant,


versus


STEVE DEMENT BAIL BONDS, INC.;
STEVE DEMENT; DAN RECKTENWALD;
MARK ROBBINS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-168
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Wanda Faye Hunt appeals from the dismissal of her 42 U.S.C.

§ 1983 claim for failure to state a claim pursuant to FED. R. CIV.

P. 12(b)(6).  Hunt contends that the defendants' actions had

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

sufficient nexus with state action by virtue of state law allowing bail bondsmen to arrest their principals and that the defendants were state actors because they were performing a traditionally exclusive state function.

We have reviewed the record and the briefs of the parties and we find no reversible error.  Accordingly, we affirm for essentially the reasons stated by the district court.  *See Hunt v. Steve Dement Bail, Inc.*, No. 95-CV-168 (W.D. La. Feb. 12, 1996).

AFFIRMED.